

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Nelson Alberto Hernandez v. The State of Texas

Appellate case number:   01-16-00755-CR

Trial court case number: 2095445

Trial court:             County Criminal Court at Law No. 8 of Harris County

Party filing motion:     The State of Texas

The State's motion for rehearing is **DENIED**. *See* TEX. R. APP. P. 49.3.

Judge's signature:       /s/ Russell Lloyd
                         ☐ Acting Individually   ☑ Acting for the Court

Panel consists of Justices Jennings, Keyes, and Lloyd.

Justice Keyes, dissenting from the denial of rehearing with a separate opinion.

Date: September 20, 2018